# Exhibit P

# Wohlstadter Declaration

Barclays E-mail



Barclays Global Dial:  81344555
Meeting ID:
Meeting password:  Not required

Australia +61(0)293346047
Belgium +3222008609
Brazil +55(0)1137577330
Czech Republic +420261097890
China +862138966142
France +33144583100
Germany +496971614555
Hong Kong +85229032211
India +912267196900 (Additional numbers below)
Indonesia +622129955177
Israel +97236238655
Italy +390263722555
Japan +81(0)345302211

Seneca 000961

Lithuania +370 5251 1277
Luxembourg +35226635044
Malaysia +60(0)321700190
Mexico +525552413288
Netherlands +31205756785
Qatar +97444967535
Russia +74957868455
Saudi Arabia +96618806556
Singapore +6563082211
South Africa +27118957873
South Korea +82(0)221262763
Spain +34913360808
Switzerland +41442055121
Taiwan +886(0)287221842
Thailand +66(0)26861953
Ukraine +380445943655
United Arab Emirates +97143652945
United Kingdom +44(0)2031344555
US / Canada +12124124055
US / Canada Toll Free +18668094055


Additional numbers for India:
- India Bangalore +918066485250
- India Chennai +914461047511
- India Delhi +911147535550
- India Kolkata +913366227320
- India Mumbai +912267315150
- India Pune +912042065900
- India Pune +912030594690


You can use the Meeting ID to join the conference up to 15 minutes before the scheduled start time.

The Meeting ID will expire 15 minutes after the scheduled start time of the conference if no participants are connected.

If your host has requested that you join the Web Conference. Please go to http://meetingplace.barcapint.com, enter the meeting ID and select Attend Meeting.

Further information on the MeetingPlace system can be found here http://meetingplacefaq/

First-time users should run the http://meetingplace.barcapint.com/test/ to verify they can participate in a Web Conference.


_____

This message is for information purposes only, it is not a recommendation, advice, offer or solicitation to buy or sell a product or service nor an official confirmation of any transaction. It is directed at persons who are professionals and is not intended for retail customer use. Intended for recipient only. This message is subject to the terms at: www.barclays.com/emaildisclaimer.

For important disclosures, please see: www.barclays.com/salesandtradingdisclaimer regarding market commentary from Barclays Sales and/or Trading, who are active market participants; and in respect of Barclays Research, including disclosures relating to specific issuers, please see http://publicresearch.barclays.com.

Seneca 000963