# Exhibit T

# Wohlstadter Declaration

Active Loss Mitigation for Serv Xfer



Seneca 000786



Seneca 000787



Seneca 000788



Seneca 000789



Seneca 000790





Seneca 000792

Seneca 000793